UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6435**

———————

NICHOLAS WARNER JONES, a/k/a Charles Jones,

Plaintiff - Appellant,

versus

PARRIS N. GLENDENING, Governor; BISHOP L.
ROBINSON, Secretary of Public Safety and Cor-
rectional Services; RICHARD A. LANHAM, SR.,
Commissioner of Division of Correction;
WILLIAM L. SMITH, Warden of the Jessup, Mary-
land House of Correction-Annex,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-
620-L)

———————

Submitted: August 15, 1996        Decided: August 20, 1996

———————

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed in part and dismissed in part by unpublished per curiam
opinion.

———————

Nicholas Warner Jones, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss Appellant's claims raising allegations concerning: (1) restrictions in using and wearing religious clothing and the high cost of toiletries, stationery, and health care; (2) guard assaults on August 27, 1993, and February 19, 1996; and (3) deprivations of liberty and property occurring between February 16 and February 21, 1996.  The district court's dismissal without prejudice of these claims is not appealable because Appellant could amend his complaint to cure the defects in his pleadings. See Domino Sugar Corp. v. Sugar Workers' Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

   We affirm the dismissal of the remaining claims on the reasoning of the district court. Jones v. Glendening, No. CA-96-620-L (D. Md. Mar. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART